NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYVONTA JOHNSON, DOC# H50206,  )
                               )
    Appellant,          )
                               )
v.                             )    Case No. 2D17-2147
                               )            2D17-2151
STATE OF FLORIDA,              )
                               )    <u>CONSOLIDATED</u>
    Appellee.           )
                               )
_____)

Opinion filed October 3, 2018.

Appeals from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, LUCAS, and SALARIO, JJ., Concur.